UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT DAYTON)

| | | |
|---|---|---|
| IN RE HUFFY CORPORATION SECURITIES LITIGATION | : : : : : : : : : : : : : : : | CONSOLIDATED CASE NO. 3:05-cv-0028<br><br>(Judge Walter Herbert Rice)<br>(Magistrate Judge Sharon L. Ovington)<br><br>**MOTION FOR LEAVE TO FILE DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF RECENT AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF <u>FEDERAL SECURITIES LAWS</u>** |

Pursuant to S.D. Ohio Local Rule 7.2(a)(2), Defendants Don R. Graber, Timothy G. Howard, Robert W. Lafferty and Paul R. D'Aloia (collectively "Defendants") move for leave to file a two-page Supplemental Memorandum of Recent Authority In Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint for Violation of Federal Securities Laws.

Respectfully submitted,

OF COUNSEL:

Charles J. Faruki (0010417)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone:  (937) 227-3705
Telecopier:  (937) 227-3717
E-Mail:  cfaruki@ficlaw.com

s/ *D. Jeffrey Ireland*
D. Jeffrey Ireland (0010443)
  Trial Attorney
Martin A. Foos (0065762)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone:  (937) 227-3710
Telecopier:  (937) 227-3717
E-Mail:  djireland@ficlaw.com

Attorneys for Defendants

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF RECENT AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF FEDERAL SECURITIES LAWS**

A supplemental memorandum of recent authority is necessary to bring to the Court's attention a recent decision from the Northern District of Ohio, Eastern Division (Youngstown). In re: Diebold Securities Litigation, Case No. 5:05CV2873, Memorandum Opinion and Order (August 22, 2008) (Economus, J.) ("Diebold Opinion"). Diebold dismissed the plaintiffs' complaint because they failed to plead scienter sufficiently. Diebold Opinion, pp. 7, 20. The Court analyzed the case under the Helwig v. Vencor, Inc., 251 F.3d 540, 565 (6th Cir. 2001), factors and found the allegations to be insufficient to support a strong inference of scienter. Diebold Opinion, pp. 15-20. The Court also held that the magnitude of the fraud is not a factor that supports an inference of scienter. Diebold Opinion, p. 19. A copy of Defendants' Supplemental Memorandum of Recent Authority in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint for Violation of Federal Securities Laws is attached as Exhibit 1. A copy of the Diebold Opinion is attached as Exhibit A to the Supplemental Memorandum.

                                                  Respectfully submitted,

OF COUNSEL:

Charles J. Faruki (0010417)  
FARUKI IRELAND & COX P.L.L.  
500 Courthouse Plaza, S.W.  
10 North Ludlow Street  
Dayton, OH  45402  
Telephone:  (937) 227-3705  
Telecopier:  (937) 227-3717  
E-Mail:  cfaruki@ficlaw.com

                                                  s/ *D. Jeffrey Ireland*  
                                                  D. Jeffrey Ireland (0010443)  
                                                      Trial Attorney  
                                                  Martin A. Foos (0065762)  
                                                  FARUKI IRELAND & COX P.L.L.  
                                                  500 Courthouse Plaza, S.W.  
                                                  10 North Ludlow Street  
                                                  Dayton, OH  45402  
                                                  Telephone:  (937) 227-3710  
                                                  Telecopier:  (937) 227-3717  
                                                  E-Mail:  djireland@ficlaw.com

                                                  Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on the 26th of August, 2008, I electronically filed the foregoing Motion for Leave to File Defendants' Supplemental Memorandum of Recent Authority in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint for Violation of Federal Securities Laws with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed, via first class U.S. mail, postage prepaid, the document to the non-CM/ECF participants:

Richard S. Wayne                     (VIA CM/ECF)
William K. Flynn
Thomas P. Glass
STRAUSS & TROY
150 East Fourth Street
Cincinnati, OH  45202-4018

Samuel H. Rudman                     (VIA ELECTRONIC MAIL)
David A. Rosenfeld
Mario Alba, Jr.
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
200 Broadhollow Road, suite 406
Melville, NY  11747

Dennis Jeremy Herman                 (VIA CM/ECF & ELECTRONIC MAIL)
Aelish M. Baig
Willow E. Radcliffe
Sayed Ashar Ahmed
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111

Attorneys for Plaintiff Dean Gladow, On Behalf
of Himself and All Others Similarly Situated

3

Marc A. Topaz  (VIA ELECTRONIC MAIL)
Richard A. Maniskas
Tamara Skvirsky
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA  19087

Attorneys for Plaintiff Gene Dunne, Individually
and On Behalf of All Others Similarly Situated


Richard S. Wayne  (VIA CM/ECF)
William K. Flynn
STRAUSS & TROY
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH  54202-4018

Fred Taylor Isquith  (VIA ELECTRONIC MAIL)
Christopher S. Hinton
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY  10016

Marc S. Henzel  (VIA ELECTRONIC MAIL)
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Ave., Suite 202
Bala Cynwyd, PA  19004

Brian M. Felgoise  (VIA ELECTRONIC MAIL)
LAW OFFICES OF BRIAN M. FELGOISE
261 Old York Road, Suite 423
Jenkinstown, PA  19046

Jack Landskroner  (VIA CM/ECF)
LANDSKRONER GRIECO MADDEN, LTD.
1360 West 9th Street Suite 200
Cleveland, OH  44113

Andrew M. Schatz       (VIA U.S. MAIL)
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Attorneys for Plaintiff Sean Cunningham, On Behalf of Himself and All Others Similarly Situated


James E. Arnold       (VIA CM/ECF)
JAMES E. ARNOLD & ASSOCIATES LPA
471 East Broad Street, Suite 1400
Columbus, OH 43215

Jules Brody       (VIA ELECTRONIC MAIL)
Aaron Brody
Tzivia Brody
STULL STULL & BRODY
6 East 45th Street
New York, NY 10017

Joseph H. Weiss       (VIA ELECTRONIC MAIL)
WEISS & LURIE
551 Fifth Avenue
New York, NY 10176

Attorneys for Plaintiff Durham Singletary, on Behalf of Himself and All Others Similarly Situated



                                                    s/ *Martin A. Foos*
                                                    Martin A. Foos

199197.1