UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT DAYTON)

| | | |
|---|---|---|
| IN RE HUFFY CORPORATION | : | CONSOLIDATED |
| SECURITIES LITIGATION | : | CASE NO. 3:05-cv-0028 |
| | : | |
| | : | (Judge Walter Herbert Rice) |
| | : | (Magistrate Judge Sharon L. Ovington) |
| | : | |
| | : | DEFENDANTS' MOTION FOR |
| | : | LEAVE TO AMEND ANSWER OF |
| | : | DEFENDANTS TO PLAINTIFFS' |
| | : | CONSOLIDATED CLASS ACTION |
| | : | COMPLAINT FOR VIOLATION OF |
| | : | THE FEDERAL SECURITIES LAWS |
| | : | |

_____

Pursuant to Fed. R. Civ. P. 15(a)(2), and S.D. Ohio Civ. R. 7.3, Defendants Don R. Graber, Timothy G. Howard, Robert W. Lafferty and Paul R. D'Aloia (collectively "Defendants") move for leave to amend the Answer Of Defendants To Plaintiffs' Consolidated Class Action Complaint For Violation Of The Federal Securities Laws (Doc. No. 79).

On October 14, 2008, counsel for Plaintiffs sent a letter to Defendants asking for clarification of certain paragraphs in Defendants' Answer. While Defendants do not believe that clarification of their answer is necessary, it would be a waste of time and resources to argue about it. Therefore, Defendants move to file the attached Amended Answer, which is identical to the previously filed answer, but with additional denials. Counsel for the Parties have conferred; Plaintiffs do not oppose this Motion.

The proposed Amended Answer is attached as Exhibit 1. A proposed Order is attached as Exhibit 2.

Respectfully submitted,

s/ D. Jeffrey Ireland
D. Jeffrey Ireland (0010443)
  Trial Attorney
Martin A. Foos (0065762)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone:  (937) 227-3710
Telecopier:  (937) 227-3717
E-Mail:  djireland@ficlaw.com

Attorneys for Defendants

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER OF DEFENDANTS TO PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

Defendants Don R. Graber, Timothy G. Howard, Robert W. Lafferty and Paul R. D'Aloia (collectively "Defendants") move for leave to amend the Answer Of Defendants To Plaintiffs' Consolidated Class Action Complaint For Violation Of The Federal Securities Laws (Doc. No. 79). The Amended Answer clarifies Defendants' prior averments and preserves Defendants' defenses in the instant matter.

Fed. R. Civ. P. 15(a) provides that courts "should freely give leave when justice so requires." On October 14, 2008, counsel for Plaintiffs sent a letter to Defendants requesting clarification of Defendants' Answer.

On October 14, 2008, counsel for Plaintiffs sent a letter to Defendant requesting amendment of Defendants' Answer. In particular, Plaintiffs disagree with Defendants' reading of the Court's September 17, 2008 Decision and Entry Sustaining in Part and Overruling in Part Defendants' Motion to Dismiss (Doc. #24); Plaintiffs' Amended Complaint (Doc. #22) Deemed Amended; No Further Amended Complaint Necessary; Stay of Discovery Vacated (Doc. No. 74) ("Decision and Entry"). In an effort to conserve judicial economy and to preserve Defendants' defenses, Defendants move to file the attached Amended Answer, which clarifies and further answers Defendants' original averments. Paragraphs with additional denials are as follows:  54, 114, 117(d), 118(e), 127, 129(e), 138, 140(e), 145, 149(e), 157, 158(e), 159(f), 173 and 175(e).

Accordingly, the Court should grant Defendants' motion for leave to amend their Answer.

Respectfully submitted,

s/ D. Jeffrey Ireland
D. Jeffrey Ireland (0010443)
  Trial Attorney
Martin A. Foos (0065762)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone:  (937) 227-3710
Telecopier:  (937) 227-3717
E-Mail:  djireland@ficlaw.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

        I certify that on the 17th day of October, 2008, I electronically filed the foregoing Defendants' Motion for Leave to Amend Answer of Defendants to Plaintiffs' Consolidated Class Action Complaint for Violation of the Federal Securities Laws with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

    Richard S. Wayne                   (VIA CM/ECF & ELECTRONIC MAIL)
    William K. Flynn
    Thomas P. Glass
    STRAUSS & TROY
    150 East Fourth Street
    Cincinnati, OH  45202-4018

    Samuel H. Rudman                (VIA ELECTRONIC MAIL)
    David A. Rosenfeld
    Mario Alba, Jr.
    COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
    200 Broadhollow Road, suite 406
    Melville, NY  11747

    Dennis J. Herman                  (VIA CM/ECF & ELECTRONIC MAIL)
    Aelish M. Baig
    Willow E. Radcliffe
    Sayed Ashar Ahmed
    COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
    100 Pine Street, 26th Floor
    San Francisco, CA  94111

    Attorneys for Plaintiff Dean Gladow, On Behalf
    of Himself and All Others Similarly Situated

Marc A. Topaz                                    (VIA ELECTRONIC MAIL)
Richard A. Maniskas
Tamara Skvirsky
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA  19087

Attorneys for Plaintiff Gene Dunne, Individually
and On Behalf of All Others Similarly Situated


Richard S. Wayne                            (VIA CM/ECF)
William K. Flynn
STRAUSS & TROY
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH  54202-4018

Fred Taylor Isquith                            (VIA ELECTRONIC MAIL)
Christopher S. Hinton
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY  10016

Marc S. Henzel                                 (VIA ELECTRONIC MAIL)
LAW OFFICES OF MARC S. HENZEL
273 Montgomery Ave., Suite 202
Bala Cynwyd, PA  19004

Brian M. Felgoise                              (VIA ELECTRONIC MAIL)
LAW OFFICES OF BRIAN M. FELGOISE
261 Old York Road, Suite 423
Jenkinstown, PA  19046

Jack Landskroner                               (VIA CM/ECF)
Landskroner Grieco Madden, Ltd.
1360 West 9th Street Suite 200
Cleveland, OH  44113

Andrew M. Schatz (VIA U.S. MAIL)
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Attorneys for Plaintiff Sean Cunningham, On Behalf of Himself and All Others Similarly Situated

James E. Arnold (VIA CM/ECF)
JAMES E. ARNOLD & ASSOCIATES LPA
471 East Broad Street, Suite 1400
Columbus, OH 43215

Jules Brody (VIA ELECTRONIC MAIL)
Aaron Brody
Tzivia Brody
STULL STULL & BRODY
6 East 45th Street
New York, NY 10017

Joseph H. Weiss (VIA ELECTRONIC MAIL)
WEISS & LURIE
551 Fifth Avenue
New York, NY 10176

Attorneys for Plaintiff Durham Singletary, on Behalf of Himself and All Others Similarly Situated

                                                                              s/ D. Jeffrey Ireland
                                                                              D. Jeffrey Ireland

201261.1