UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| IN RE HUFFY CORPORATION SECURITIES : <br> LITIGATION <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CONSOLIDATED <br> CASE NO. 3:05-cv-0028 <br> <br> (Judge Walter H. Rice) <br> (Magistrate Judge Sharon L. Ovington) <br> <br> ORDER GRANTING DEFENDANTS' <br> MOTION FOR LEAVE TO AMEND <br> ANSWER OF DEFENDANTS TO <br> PLAINTIFFS' CONSOLIDATED CLASS <br> ACTION COMPLAINT FOR <br> VIOLATION OF THE FEDERAL <br> <u>SECURITIES LAWS</u> |

It is hereby ORDERED that Defendants' Motion for Leave to Amend Answer of Defendants to Plaintiffs' Consolidated Class Action Complaint for Violation of the Federal Securities Laws is GRANTED. The Amended Answer Of Defendants To Plaintiffs' Consolidated Class Action Complaint For Violation Of The Federal Securities Laws, which was attached as Exhibit 1 to Defendants' Motion, is deemed filed with the Court.

_10-23-08_
DATE:

_[signature]_
UNITED STATES DISTRICT JUDGE

201294.1