UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT DAYTON)

| | |
|---|---|
| In re HUFFY CORP. SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) ) | Lead Case No. 3:05cv0028  CLASS ACTION  Judge Walter Herbert Rice Magistrate Judge Sharon L. Ovington  - ORAL ARGUMENT REQUESTED - |

LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
AELISH M. BAIG
S. ASHAR AHMED
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

STRAUSS & TROY
RICHARD S. WAYNE (0022390)
WILLIAM K. FLYNN (0029536)
THOMAS P. GLASS (00623820)
Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
Telephone: 513/621-2120
513/241-8259 (fax)

Liaison Counsel

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiffs UNITE HERE National Retirement Fund and Harry L. Ross hereby move this Court to certify the following class of plaintiffs and appoint Coughlin Stoia Geller Rudman & Robbins LLP as class counsel in the above-entitled action pursuant to Rule 23 of the Federal Rules of Civil Procedure:

> All purchasers of the securities of Huffy Corporation ("Huffy") between April 16, 2002 and August 13, 2004, inclusive. Excluded from the proposed class are Huffy and the defendants, Huffy CEO (until 1/04) Don Graber, Huffy CFO Robert Lafferty, Huffy Controller Tim Howard, and Huffy CEO (after 1/04) Paul D'Aloia, the officers and directors of Huffy, their immediate families and their legal representatives, heirs, successors or assigns and any entity in which defendants have a controlling interest.

This motion is based on this motion, the accompanying memorandum of points and authorities, the supporting declarations of Joel Mueller, Harry L. Ross, and Dennis J. Herman, the supporting appendix, the pleadings, rulings and other papers on file, and such other matters as may be presented to the Court.

DATED: March 6, 2009               Respectfully submitted,

                                         COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
                                         DENNIS J. HERMAN
                                         WILLOW E. RADCLIFFE
                                         AELISH M. BAIG
                                         S. ASHAR AHMED

                                           /s/ Dennis J. Herman
                                         DENNIS J. HERMAN (*Pro Hac Vice*)

                                         100 Pine Street, Suite 2600
                                         San Francisco, CA 94111
                                         Telephone: 415/288-4545
                                         415/288-4534 (fax)

                                         Lead Counsel for Plaintiffs

STRAUSS & TROY
RICHARD S. WAYNE (0022390)
WILLIAM K. FLYNN (0029536)
THOMAS P. GLASS (00623820)
Federal Reserve Building
150 East Fourth Street
Cincinnati, OH  45202-4018
Telephone:  513/621-2120
513/241-8259 (fax)

Liaison Counsel

S:\CasesSD\Huffy\MOT00058006.doc

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 6, 2009.

/s/ Dennis J. Herman
DENNIS J. HERMAN

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:  Dennish@csgrr.com

# Mailing Information for a Case 3:05-cv-00028-WHR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sayed Ashar Ahmed**
  aahmed@csgrr.com

- **James Edward Arnold**
  jarnold@arnlaw.com,tashby@arnlaw.com

- **Aelish M Baig**
  aelishb@csgrr.com.com

- **William Kendall Flynn**
  wkflynn@strausstroy.com,rlshapiro@strausstroy.com,fmtuttle@strausstroy.com

- **Martin A Foos**
  mfoos@ficlaw.com

- **Nelson Eugene Genshaft**
  neg@columbuslawyer.net

- **Thomas P Glass**
  tpglass@strausstroy.com,dkhilling@strausstroy.com

- **Donald Jeffrey Ireland**
  djireland@ficlaw.com,lchasteen@ficlaw.com

- **Jack Landskroner**
  jack@landskronerlaw.com,debra@landskronerlaw.com

- **Willow E Radcliffe**
  willowr@csgrr.com

- **Richard Stuart Wayne**
  rswayne@strausstroy.com,acjansen@strausstroy.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Alaska Hotel Group
```
150 E. Fourth Street
Cincinnati, OH 45202

```
Arnold Buehler
```
Landskroner-Grieco-Madden, Ltd.
1360 West 9th Street, Ste. 200
Cleveland, OH 44113