UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT DAYTON)

| | |
|---|---|
| In re HUFFY CORP. SECURITIES LITIGATION | ) Lead Case No. 3:05cv0028 ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) Judge Walter Herbert Rice ) Magistrate Judge Sharon L. Ovington ) ) ) |

DECLARATION OF HARRY L. ROSS IN SUPPORT OF LEAD PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
WILLOW E. RADCLIFFE
AELISH M. BAIG
S. ASHAR AHMED
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

STRAUSS & TROY
RICHARD S. WAYNE (0022390)
WILLIAM K. FLYNN (0029536)
THOMAS P. GLASS (00623820)
Federal Reserve Building
150 East Fourth Street
Cincinnati, OH  45202-4018
Telephone: 513/621-2120
513/241-8259 (fax)

Liaison Counsel

I, Harry L. Ross, declare as follows:

1. I respectfully submit this Declaration in Support of Lead Plaintiffs' Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am the nephew of Robert L. Ross, who passed away on April 27, 2006. As the administrator and a beneficiary of my uncle's estate, and as the beneficial owner in my own right of Huffy Corp. securities purchased during the Class Period, I hereby seek appointment as a class representative in the above entitled action. Attached hereto as Exhibit A are true and correct copies of the certifications filed with the Consolidated Class Action Complaint for Violation of the Federal Securities Laws ("Consolidated Complaint") in this action.

3. I am supervising and monitoring the progress of this litigation. For example, I receive updates and other correspondence from Lead Counsel, I have searched for and collected materials for discovery, reviewed pleadings and other documents in the case, including the Consolidated Complaint, and I participate in discussions with Lead Counsel regarding significant developments in the litigation. I am currently scheduled to be deposed during the week of March 16, 2009.

4. I am committed to continuing to actively direct this litigation and to maximizing the recovery for the class by attending hearings, depositions and/or trial and overseeing the preparation and filing of pleadings, as appropriate. Further, I understand that I owe a fiduciary duty to all members of the proposed class to provide fair and adequate representation and I intend to continue to work with Lead Counsel to obtain the largest recovery for the whole class consistent with good faith and meritorious advocacy.

5. I intend to continue to provide fair and adequate representation by, among other things, directing the efforts of my selected counsel, Coughlin Stoia Geller Rudman & Robbins LLP

("Coughlin Stoia"). I have selected Coughlin Stoia as proposed Class Counsel based on the firm's substantial experience and expertise in prosecuting securities class actions.

6. In addition, I believe that Coughlin Stoia possesses the necessary financial and human resources to prosecute this case effectively.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of March 2009, at Wallkill, New York.

_____
HARRY L. ROSS

S:\CasesSD\Huffy\DEC00057888_Ross.doc

# Mailing Information for a Case 3:05-cv-00028-WHR

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sayed Ashar Ahmed**
  aahmed@csgrr.com

- **James Edward Arnold**
  jarnold@arnlaw.com,tashby@arnlaw.com

- **Aelish M Baig**
  aelishb@csgrr.com.com

- **William Kendall Flynn**
  wkflynn@strausstroy.com,rlshapiro@strausstroy.com,fmtuttle@strausstroy.com

- **Martin A Foos**
  mfoos@ficlaw.com

- **Nelson Eugene Genshaft**
  neg@columbuslawyer.net

- **Thomas P Glass**
  tpglass@strausstroy.com,dkhilling@strausstroy.com

- **Donald Jeffrey Ireland**
  djireland@ficlaw.com,lchasteen@ficlaw.com

- **Jack Landskroner**
  jack@landskronerlaw.com,debra@landskronerlaw.com

- **Willow E Radcliffe**
  willowr@csgrr.com

- **Richard Stuart Wayne**
  rswayne@strausstroy.com,acjansen@strausstroy.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Alaska Hotel Group
150 E. Fourth Street
Cincinnati, OH 45202

Arnold Buehler
Landskroner-Grieco-Madden, Ltd.
1360 West 9th Street, Ste. 200
Cleveland, OH 44113
```