UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT DAYTON)

| | | |
|---|---|---|
| IN RE HUFFY CORPORATION<br>SECURITIES LITIGATION | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CONSOLIDATED<br>CASE NO. 3:05-cv-0028<br><br>(Judge Walter Herbert Rice)<br><br>(Magistrate Judge Sharon L. Ovington)<br><br><br>**NOTICE OF FILING**<br>**DEFENDANTS' MEMORANDUM**<br>**IN OPPOSITION TO LEAD**<br>**PLAINTIFFS' MOTION FOR**<br>**CLASS CERTIFICATION**<br><u>**UNDER SEAL**</u> |

Defendants Don R. Graber, Robert W. Lafferty, Timothy G. Howard, and Paul R. D'Aloia give notice that Defendants' Memorandum in Opposition To Lead Plaintiffs' Motion For Class Certification, including exhibits attached thereto, has been filed under seal with the Clerk of Courts.

Respectfully submitted,

s/ Erin E. Rhinehart
D. Jeffrey Ireland (0010443)
  Trial Attorney
Martin A. Foos (0065762)
Erin E. Rhinehart (0078298)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone:  (937) 227-3710
Telecopier:  (937) 227-3717
E-Mail:  djireland@ficlaw.com

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on the 5th day of June, 2009, I electronically filed the foregoing Notice of Filing Defendants' Memorandum in Opposition to Lead Plaintiffs' Motion for Class Certification Under Seal, with the Clerk of Courts using the CM/ECF system, and via electronic mail to the following counsel of record:

Richard S. Wayne     (VIA CM/ECF AND ELECTRONIC MAIL)
William K. Flynn
Thomas P. Glass
STRAUSS & TROY
150 East Fourth Street
Cincinnati, OH  45202-4018

Liaison Counsel for Plaintiffs


Dennis J. Herman     (VIA CM/ECF AND ELECTRONIC MAIL)
Willow E. Radcliffe
Sayed Ashar Ahmed
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111

Lead Counsel for Plaintiffs

                                                  s/ Erin E. Rhinehart
                                                  Erin E. Rhinehart

307387.1