UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT DAYTON)

| | | |
|---|---|---|
| IN RE HUFFY CORPORATION SECURITIES LITIGATION | : : : : : : : : : : : : : : : : | CONSOLIDATED CASE NO. 3:05-cv-0028 <br><br> (Judge Walter Herbert Rice) <br><br> (Magistrate Judge Sharon L. Ovington) <br><br> **NOTICE OF FILING MOTION OF DEFENDANTS FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' ALLEGATIONS REGARDING THE APRIL 16, 2002 AND JUNE 17, 2002 HUFFY CORPORATION PRESS RELEASES UNDER SEAL** |

---

Defendants Don R. Graber, Robert W. Lafferty, Timothy G. Howard, and Paul R. D'Aloia give notice that Motion of Defendants for Partial Summary Judgment On Plaintiffs' Allegations Regarding The April 16, 2002 and June 17, 2002 Huffy Corporation Press Releases, including exhibits attached thereto, has been filed under seal with the Clerk of Courts.

Respectfully submitted,


s/ Erin E. Rhinehart
D. Jeffrey Ireland (0010443)
  Trial Attorney
Martin A. Foos (0065762)
Erin E. Rhinehart (0078298)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone:  (937) 227-3710
Telecopier:  (937) 227-3717
E-Mail:  djireland@ficlaw.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on the 5th day of June, 2009, I electronically filed the foregoing

Notice of Filing Motion of Defendants for Partial Summary Judgment on Plaintiffs' Allegations

Regarding The April 16, 2002 and June 17, 2002 Huffy Corporation Press Releases Under Seal

with the Clerk of Courts using the CM/ECF system, and via electronic mail to the following

counsel of record:

 

      Richard S. Wayne    (VIA CM/ECF AND ELECTRONIC MAIL)
      William K. Flynn
      Thomas P. Glass
      STRAUSS & TROY
      150 East Fourth Street
      Cincinnati, OH  45202-4018

      Liaison Counsel for Plaintiffs

 

      Dennis J. Herman    (VIA CM/ECF AND ELECTRONIC MAIL)
      Willow E. Radcliffe
      Sayed Ashar Ahmed
      COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
      100 Pine Street, 26th Floor
      San Francisco, CA  94111

      Lead Counsel for Plaintiffs

 

                              s/ Erin E. Rhinehart
                              Erin E. Rhinehart

315832.1