UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(DAYTON)

_____

| | : | |
|---|---|---|
| IN RE HUFFY CORPORATION | : | CONSOLIDATED CASE NO. |
| SECURITIES LITIGATION | : | 3:05-CV-0028 |
| | : | |
| | : | (Judge Walter H. Rice) |
| | : | (Magistrate Judge Sharon L. Ovington) |

_____

**MOTION TO FILE LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON LEAD PLAINTIFFS' LACK OF STANDING AND APPENDIX UNDER SEAL**

Lead Plaintiffs, hereby move the Court, pursuant to Local Rules 79.3 and the Protective Order entered by this Court on October 8, 2008, for an order allowing Lead Plaintiffs to file their Opposition to Defendants' Motion For Summary Judgment Based on Lead Plaintiffs' Lack of Standing and Appendix ("Opposition Brief") under seal.

Such filing under seal is necessitated by the designation of documents that are attached to, quoted, paraphrased and referenced in the Opposition Brief as "Highly Confidential" or "Confidential" by Defendants in their document production. Under the terms of the existing Protective Order, Plaintiffs are obligated to file the Opposition Brief under seal.

Defendants' Counsel has indicated that they have no objection to this Motion.

For the foregoing reasons, Lead Plaintiffs respectfully request that the Court enter an order allowing them to file the Opposition Brief and Appendix under seal.

| | |
|---|---|
| Dated: November 6, 2009 | s/Richard S. Wayne<br>Richard S. Wayne Attorney Bar Number 0022390<br>s/William K. Flynn<br>William K. Flynn Attorney Bar Number 0029536<br>s/Thomas P. Glass<br>Thomas P. Glass Attorney Bar Number 0062382<br>STRAUSS & TROY<br>150 East Fourth Street<br>Cincinnati, OH  45202-4018<br>Telephone:  513/621-2120<br>Facsimile:   513/629-9426<br>email: *rswayne@strausstroy.com*<br>email: *wkflynn@strausstroy.com*<br>email: *tpglass@strausstroy.com*<br><br>*Liaison Counsel*<br><br>COUGHLIN STOIA GELLER RUDMAN<br>  & ROBBINS LLP<br>Dennis J. Herman<br>Willow E. Radcliffe<br>Aelish M. Baig<br>S. Ashar Ahmed<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone:  415/288-4545<br>Facsimile:   415/288-4534<br><br>*Lead Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court; has been sent electronically this 6th day of November, 2009. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parities may access this filing through the Court's system.  If a party is not given notice electronically through the Court's system a copy will be served by ordinary United States mail, first class postage prepaid, this 6th day of November, 2009.

                                            s/Richard S. Wayne
                                            Richard S. Wayne Attorney Bar Number 0022390