UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT DAYTON)

| | | |
|---|---|---|
| IN RE HUFFY CORPORATION<br>SECURITIES LITIGATION | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CONSOLIDATED<br>CASE NO. 3:05-cv-0028<br><br>(Judge Walter Herbert Rice)<br>(Magistrate Judge Sharon L. Ovington)<br><br>**ORDER GRANTING JOINT MOTION TO HOLD IN ABEYANCE ALL PENDING MOTIONS AND DEADLINES UNTIL FINALIZATION OF SETTLEMENT AGREEMENT AND APPROVAL BY THIS COURT** |

The Parties have reported that they have reached an oral settlement in this action and are working on a final written agreement. For this reason and for other good cause, it is ORDERED that the Joint Motion to Hold in Abeyance All Pending Motions and Deadlines Until Finalization of Settlement Agreement and Approval by This Court is GRANTED.

The following are held in abeyance pending finalization of the Parties settlement agreement and final approval of the settlement agreement by this Court:

1. Lead Plaintiffs' Motion for Class Certification and accompanying Memorandum of Law In Support of Motion for Class Certification (Doc. Nos. 96-97) (filed under seal March 6, 2009);

2. Defendants' Motion for Summary Judgment Based on Lead Plaintiffs' Lack of Standing (Doc. No. 112) (filed under seal June 5, 2009);

Exhibit 1

3. Motion of Defendants for Partial Summary Judgment on Plaintiffs' Allegations Regarding the April 16, 2002 and June 17, 2002 Huffy Corporation Press Releases (Doc. No. 113) (filed under seal June 5, 2009);

4. Joint Motion to Amend the Existing Case Management Schedule (Doc. No. 128) (filed Nov. 6, 2009); and

5. all deadlines pending pursuant to the December 19, 2008 (Doc. No. 84; filed Dec. 19, 2008), June 26, 2009 (Doc. No. 118; filed June 29, 2009), and July 31, 2009 (Doc. No. 120; filed August 3, 2009) Scheduling Orders.

IT IS SO ORDERED.

DATE: 2-10-10

UNITED STATES DISTRICT JUDGE

370454.1