IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE HUFFY CORPORATION<br>SECURITIES LITIGATION | : | CONSOLIDATED CASE NO.<br>3:05-cv-028 |
| | : | |
| | : | Judge Walter H. Rice |
| | : | Magistrate Judge Sharon L. Ovington |

### ORDER

It is hereby ordered that the above captioned cause be administratively processed.

February 10, 2010

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case settled in prinicpal; final agreement for preliminary approval, including certification of the class within 60 days"